UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
GALEN G. COOK,                              )
                                            )
                        Plaintiff,          )   Case No. C04-2542L
            v.                              )
                                            )   ORDER GRANTING PLAINTIFF'S
UNITED STATES DEPARTMENT OF                 )   MOTION FOR IN CAMERA
JUSTICE,                                    )   REVIEW OF NORJAK DOCUMENTS
                                            )
                        Defendant.          )
_____)

        This matter comes before the Court on "Plaintiff's Motion for Court to Examine Requested NORJAK Documents In Camera." Dkt. # 14. Defendant has expressed its willingness to make the requested documents available for in camera review and to make Special Agent Fairries available to explain current developments in the case. Dkt. # 7 at 8-9. Having reviewed the underlying cross-motions for summary judgment, the Court finds that an in camera review of the requested documents would enable the Court to better ascertain how their disclosure would affect the NORJAK investigation.

        Defendant shall, within twenty days of the date of this Order, contact the Court's judicial assistant, Teri Roberts, (206) 370-8810, to schedule a time at which Special Agent Fairries will deliver the requested documents to chambers. If the Court requires additional information from Special Agent Fairries regarding the documents or the current status of the investigation, the interview will be recorded and the transcript placed under seal in the above-

ORDER GRANTING PLAINTIFF'S MOTION FOR
IN CAMERA REVIEW OF NORJAK DOCUMENTS

captioned matter.

For all of the foregoing reasons, plaintiff's motion for in camera review is GRANTED.

DATED this 25th day of July, 2005.

*MMT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
IN CAMERA REVIEW OF NORJAK DOCUMENTS -2-